## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE | ) |
| | ) |
| GIVHAN, CAROLYN YVONNE | ) CASE NO: 05-11596-TOM-7 |
| | ) CHAPTER 7 |
| DEBTOR(S). | ) |

### TRUSTEE'S REPORT OF UNCLAIMED PROPERTY

I, Andre' M. Toffel, Trustee in the above named case, file this Report of Unclaimed Property pursuant to 11 U.S.C.§ 347(a) and Rule 3011 of the Federal Rules of Bankruptcy Procedure and submit a check to the Clerk of this Court in the amount of **$359.54** which represents the following:

| Claim No. | Creditor and Last Known Address | Dividend or Unclaimed Fund |
|---|---|---|
| 0002 | Citibank (South Dakota), N.A. Exception Payment Processing P.O. Box 6305 The Lakes, NV 88901-6305 | $359.54 |

Respectfully submitted this the 23rd day of August, 2011.

/s/André M. Toffel, Trustee
**ANDRE' M. TOFFEL, TRUSTEE**

OF COUNSEL:
ANDRE' M. TOFFEL, P.C.
1929 3rd Avenue North, Ste. 400
Birmingham, AL 35203
(205) 252-7115

cc: Bankruptcy Administrator's Office

Claim 000002, Payment 12.24%

**BANK OF AMERICA, N.A.**    CHECK NUMBER

ANDRE' M. TOFFEL
1929 3rd Avenue North, Ste. 400
BIRMINGHAM, AL 35203

32-1/1110 TX
0

**116**

| DATE | AMOUNT |
|------|--------|
| 08/23/11 | *********359.54 |

1949566

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|-------------|-----------|
| 05-11596   TOM | Debtor: GIVHAN, CAROLYN YVONNE |

United States Bankruptcy Court
1800 5th Ave North
Birmingham, AL 35203

*Three Hundred Fifty Nine Dollars And 54/100*

*By Andre M. Toffel as*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

*Trustee*

⑈000116⑈ ⑆111000012⑆ 4429181603⑈

---

| Date: 08/23/11 | Check Number:   116 | Amount:   359.54 |
|----------------|---------------------|------------------|

| Case Number: 05-11596     TOM | |
|---|---|
| Debtor Name: GIVHAN, CAROLYN YVONNE | |

| Paid To: **United States Bankruptcy Court**<br>**1800 5th Ave North**<br>**Birmingham, AL 35203** | Trustee:   ANDRE' M. TOFFEL<br>1929 3rd Avenue North, Ste. 400<br>BIRMINGHAM, AL 35203 |
|---|---|

Description:   Claim 000002, Payment 12.24%

Bank Account Number:   4429181603